

**FILED**
VANESSA L. ARMSTRONG, CLERK

MAY 16 2018

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NO. _3:18- CV- 306- CHB_

C.F.                                                                    PLAINTIFF

VS.        **DEFENDANTS' JOINT MOTION TO FILE, UNDER SEAL,
    THEIR JOINT NOTICE OF FILING OF REMOVAL AND PETITION FOR REMOVAL
              OF STATE COURT ACTION TO U.S. DISTRICT COURT**

KENNETH BETTS, ET AL.                                                   DEFENDANTS

*** *** ***

Come the Defendants, Curtis Flaherty, Louisville/Jefferson County Metro Government, Kenneth Betts, Brandon Wood, Boy Scouts of America, Lincoln Heritage Council, Inc., Learning for Life, Inc., by counsel, and for their Joint Motion to File, Under Seal, their Joint Notice of Filing of Removal and Petition for Removal of State Court, hereby state as follows:

Upon filing this Complaint, Plaintiff sought to have the record sealed pursuant to KRS 413.249.[1] While Defendants contest whether KRS 413.249 is applicable, the matter is currently sealed in state court.

For the foregoing reasons, the Defendants respectfully request this Honorable Court enter the attached order allowing the Defendants' Joint Notice of Filing of Removal and Petition for Removal of State Court to be filed under seal.

---

[1] KRS 413.249(3) states "[i]f a complaint is filed alleging that an act of childhood sexual assault or childhood sexual abuse occurred more than ten (10) years prior to the date that the action is commenced, the complaint shall be accompanied by a motion to seal the record and the complaint shall immediately be sealed by the clerk of the court."

Respectfully Submitted,

LEE E. SITLINGER
SITLINGER & THEILER
734 W. Main Street, Suite 200
Louisville, KY 40202
lsitlinger@smtlawoffice.com
krowan@smtlawoffice.com
*Counsel for Defendant, Curtis Flaherty*

/s/ Lisa Schweickart w/persmission
Lisa Schweickart
Matthew Golden
Jefferson County Attorney
600 W. Jefferson Street
Louisville, KY 40202
Lisa.Schweikart@louisvilleky.gov
Matt.Golden@louisvilleky.gov
*Counsel for Defendant, Louisville Metro Government*


/s/ Ken Bohnert w/permission
Ken Bohnert
Ted Lasley
Conliffe Sandmann & Sullivan PLLC
Waterfront Plaza
325 W. Main Street, Suite 2000
Louisville, KY 40202
kbohnert@cssattorneys.com
tlasley@cssattorneys.com
*Counsel for Defendant Brandon Wood*

/s/ Kent Wicker w/permission
Kent Wicker
Nicole Elver
William H. Brammel, Jr.
DRESSMAN BENSINGER LAVELLE PSC
321 West Main Street, Suite 2100
Louisville, KY 40202
kwicker@dbllaw.com
nelver@dbllaw.com
bbrammell@dbllaw.com
*Counsel for Defendant Kenneth Betts*

/s/ Robert M. Connolly w/permission
Robert M. Connolly
J. Brittany Cross Carlson
Stites and Harbison PLLC
400 W. Market Street, Suite 1800
Louisville, KY 40202
rconnolly@stites.com
bcarlson@stites.com
*Counsel for Defendant, Boy Scouts of America
And Lincoln Heritage Council, Inc., Boy Scouts of
America*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was filed under seal with the U.S. District Court, Western District of Kentucky at Louisville, served or mailed, via first class U.S. Mail, postage prepaid, this 16th day of May, 2018 to: Tad Thomas, Lindsay Cordes, Thomas Law Offices, PLLC, 9418 Norton Commons Blvd., Suite 200, Louisville, KY 40059, Counsel for Plaintiff.

LEE E. SITLINGER